# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| KEITH WARE, | * | |
| --- | --- | --- |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:15-cv-84 |
| | * | |
| v. | * | |
| | * | |
| WARDEN J.V. FLOURNOY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's March 18, 2016, Report and Recommendation, dkt. no. 13, to which no objections have been filed.[1] After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Petitioner's Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Petitioner leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to

---

[1] Petitioner filed a Traverse to the Government's Response on April 7, 2016. Dkt. No. 14. Though this pleading followed the Magistrate Judge's Report and Recommendation, Petitioner did not address the Report and Recommendation or any of the Magistrate Judge's conclusions. Id. Petitioner has not filed any pleadings since his Traverse. Moreover, even after considering Petitioner's arguments raised in his Traverse, the Court concurs with the Magistrate Judge. Thus, to the extent the points raised in the Traverse could be construed as Objections, they are **OVERRULED**.

enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this 10 day of May, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA